UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VANO NATSVALADZE,<br><br>                                   Petitioner,<br><br>v.<br><br>FACILITY DIRECTOR, IMPERIAL REGIONAL DETENTION FACILITY; FIELD OFFICE DIRECTOR; and ICE ERO SAN DIEGO,<br><br>                                   Respondents. | Case No.:  3:26-cv-0922-CAB-BJW<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |

Before the Court is Petitioner Vano Natsvaladze's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner, who is proceeding pro se[1] and is currently detained by Immigration and Customs Enforcement ("ICE") at the Imperial Regional Detention Facility, contends ICE is unlawfully detaining him.  [*Id.* at 6.]

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter. The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877- 404-9063).

1

When a habeas petitioner challenges his present physical confinement, he must name as respondent the warden of the facility where the prisoner is held. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024). Because the Petition here fails to name the warden of the facility where Petitioner is detained, the Court **DISMISSES** the petition with leave to amend.

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order. The First Amended Petition shall name as a Respondent the person having immediate custody over Petitioner, namely the warden or de facto warden of the facility where he is detained. Moreover, Petitioner's First Amended Petition must be complete in itself without reference to his original petition. Respondents not named and any claim not re-alleged in the First Amended Petition will be considered waived. *See* S.D. Cal. CivLR 15.1(a)

It is **SO ORDERED**.

Dated:  February 19, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-0922-CAB-BJW