UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANO NATSVALADZE,<br>Petitioner,<br>v.<br>FACILITY DIRECTOR, IMPERIAL REGIONAL DETENTION FACILITY; FIELD OFFICE DIRECTOR; and ICE ERO SAN DIEGO,<br>Respondents. | Case No.: 3:26-cv-0922-CAB-BJW<br>**ORDER TO SHOW CAUSE** |

Petitioner Vano Natsvaladze has filed an emergency motion to reopen the Court's judgment regarding his habeas petition under Federal Rule of Civil Procedure 60(b)(6) and for further relief under 28 U.S.C. § 2241. [Doc. No. 11.] Petitioner argues that relief is warranted because he has been in immigration detention since October 31, 2024, has an opening brief due on October 18, 2026 in his Ninth Circuit appeal, and has medical issues not being addressed in detention.

Petitioner appeared at the Calexico Port of Entry with a CBP One appointment on October 31, 2024. [Doc. No. 11 at 4.] He was classified as an arriving alien and detained under 8 U.S.C. § 1225(b). [*Id.*] Petitioner received a bond hearing on April 4, 2026; bond was denied due to risk of flight. An immigration judge ("IJ") subsequently ordered

Petitioner removed to Georgia. [*Id.* at 4.] The Board of Immigration Appeals dismissed Petitioner's appeal. [*Id.* at 4–5.] Petitioner then appealed to the Ninth Circuit and also filed a motion to stay his removal pending appeal. On August 27, 2026, the Ninth Circuit denied the motion to stay removal. [*Id.* at 28.]

It thus appears to the Court that Petitioner is currently within the removal period and therefore subject to mandatory detention pursuant to 8 U.S.C. § 1231(a) until he is removed. Petitioner is therefore **ORDERED TO SHOW CAUSE** **<u>by October 16, 2026</u>** why he is not subject to mandatory detention pending his removal.

Petitioner shall also clarify whether he now proceeds pro se in this case or is still represented, as the docket reflects, by Deepak Ahluwalia.

It is **SO ORDERED**.

Dated: September 29, 2026

Hon. Cathy Ann Bencivengo
United States District Judge