UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VANO NATSVALADZE,
Petitioner,

v.

FACILITY DIRECTOR, IMPERIAL REGIONAL DETENTION FACILITY; FIELD OFFICE DIRECTOR; and ICE ERO SAN DIEGO,
Respondents.

Case No.: 3:26-cv-0922-CAB-BJW

**ORDER:**
**(1) DENYING EMERGENCY MOTION TO REOPEN, [Doc. No. 11]; and**

**(2) FOR PETITIONER'S COUNSEL TO FILE NOTICE OF WITHDRAWAL.**

Pending before the Court is Petitioner Vano Natsvaladze's emergency motion to reopen the Court's judgment regarding his habeas petition under Federal Rule of Civil Procedure 60(b)(6) and for further relief under 28 U.S.C. § 2241. [Doc. No. 11.] The Court has detailed the relevant facts regarding Petitioner's immigration history in prior filings and so will not repeat them here. [*See, e.g.*, Doc. Nos. 9, 12.] For purposes of the pending motion, the undisputed fact is that Petitioner is subject to a final order of removal and within the mandatory detention period under 8 U.S.C. § 1231(a). [Doc. No. 13 ("Petitioner acknowledges that, after the Ninth Circuit denied his stay motion on August 17, 2026, his detention is presently governed by the initial removal-period provisions of 8 U.S.C. § 1231(a)[.]").]

Despite this acknowledgement, Petitioner argues that his prolonged detention prior to his final order of removal warrants his release, or at minimum a bond hearing. [Doc. No. 13 at 3–4.] But the docket reflects that Petitioner already received a bond hearing on April 22, 2026 and Petitioner provides no evidence to the contrary. The Court therefore **DENIES** Petitioner's motion.

Petitioner has also notified the Court that he filed the motion pro se and is no longer represented in this matter by prior counsel. Petitioner's prior counsel is therefore **ORDERED** to file the appropriate notice of withdrawal so that the Clerk of the Court may update the docket accordingly.

It is **SO ORDERED**.

Dated: October 27, 2026

Hon. Cathy Ann Bencivengo
United States District Judge